# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE MATTER OF:                                    Chapter 7

    Sylwia K. Kluever and                         Case No. 09-39819
    Marek Kluever,

            Debtor(s).                        Honorable Bruce W. Black


### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This cause coming to be heard upon the Motion for Relief from Automatic Stay filed by

JP Morgan Chase Bank, National Association, (hereinafter "JP Morgan") due notice having been

given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay against JP Morgan be and the same

is modified pursuant to Section 362(d) of the United States Bankruptcy Code and JP Morgan

shall have the right to proceed with any and all proceedings in connection with the real estate

located at 256 Colony Ln., New Lenox, Illinois 60451 (Real Estate). *EFFECTIVE: 12-10-2009*

~~IT IS FURTHER ORDERED that the 10-day stay provision of Rule 4001(a)(3) of the~~

~~Federal Rules of Bankruptcy Procedure is hereby~~ waived.

DATED: _____11-6-09_____              ENTER: *Susan Pierson Sonderby*

                                       _____
                                          Bankruptcy Judge


HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #06274089)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719